

# NUMBERS 13-21-00346-CV & 13-21-00347-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JOHN L. HAVERLAND

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

On October 12, 2021, relator John L. Haverland filed a petition for writ of mandamus and a motion for stay regarding transfer orders issued in trial court cause numbers 2020-PR-00247-4 and 2021-PR-00072-4 in the County Court at Law No. 4 of Nueces County, Texas. We docketed the petition for writ of mandamus regarding these orders in our appellate cause numbers 13-21-00346-CV and 13-21-00347-CV respectively. By petition for writ of mandamus, relator seeks to compel the trial court to vacate its transfer orders, and by motion for stay, relator seeks to stay the trial court's

transfer orders pending resolution of this original proceeding.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we grant the motion to stay, and we order the trial court's transfer orders issued in cause numbers 2020-PR-00247-4 and 2021-PR-00072-4 to be stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Rodney Matocha, Joe Wayne Sutherland, and Tammye Duckworth, in their capacities as Independent Co-Administrators with Will Annexed of the Estate of Beatrice Jonet Mason, and as Independent Co-Executors of the Estate of Hilbur Alfred Mason, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
13th day of October, 2021.